People v Wilson

2026 NY Slip Op 03008

May 13, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,

v

Shamduh Wilson, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on May 13, 2026

2007-04189, 2010-11993, 2011-10470, (Ind. No. 1046/05)

Mark C. Dillon, J.P.

Betsy Barros

Linda Christopher

Helen Voutsinas, JJ.

Shamduh Wilson, Alden, NY, appellant pro se.

Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Keith Dolan of counsel), for respondent.

Patricia Pazner, New York, NY (David P. Greenberg of counsel), former appellate counsel.

[*1]

DECISION & ORDER

Application by the defendant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 27, 2016 (People v Wilson, 141 AD3d 737), determining, inter alia, an appeal from a judgment of the Supreme Court, Kings County, rendered March 29, 2007.

ORDERED that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).

DILLON, J.P., BARROS, CHRISTOPHER and VOUTSINAS, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court